**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6103**

_____

JEAN-RIBBENTROP AMAZON,

                                      Petitioner - Appellant,

        versus

DORIS MEISSNER, Commissioner of Immigration
and Naturalization Services; JANET RENO, U.S.
Attorney General,

                                      Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  James C. Cacheris, Senior Dis-
trict Judge.  (CA-99-1376-AM)

_____

Submitted:  May 31, 2000          Decided:  August 9, 2000

_____

Before WIDENER, WILKINS, and WILLIAMS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jean-Ribbentrop Amazon, Appellant Pro Se.  James Arthur Hunolt,
OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jean-Ribbentrop Amazan[*] appeals from the dismissal of his 28 U.S.C. § 2241 (1994) petition, in which he challenged his detention pending deportation. Since filing this appeal, Amazan has been deported to his homeland. Because his petition attacked his confinement only (rather than the deportation order), and because Amazan has not alleged any collateral consequences arising from his detention or deportation, his appeal is moot. See Spencer v. Kemna, 523 U.S. 1, 7 (1998). Accordingly, we dismiss the appeal. In light of this disposition, we also deny Amazan's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] This case was docketed under the name "Amazon" in the district court and this Court.